# United States Court of Appeals
## For the First Circuit

Nos. 01-1581, 01-2429

STATE POLICE FOR AUTOMATIC RETIREMENT ASSOCIATION, ET AL.,
Plaintiffs, Appellants,

v.

JOHN DIFAVA, SUPERINTENDENT OF THE DEPARTMENT OF
STATE POLICE, ET AL.,
Defendants, Appellees.

ROBERT T. DEVEREAUX, ET AL.,
Intervenors, Appellees,

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,
Intervenors, Appellees.

ERRATA SHEET

The opinion of this Court issued on January 17, 2003, is
amended as follows:

    Page 15, line 5:    "employee" should be "employer"
    Page 19, line 23:   "Officials" should be "Officials'"